UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ROGER RILEY, individually, and on behalf of others similarly situated,

    Plaintiff,

-vs-

SK UNITED CORP., A Texas Corporation,

    Defendant.

Hon.  Paul D. Borman

Mag:  R. Steven Whalen

Civil Action No. 2:20-cv-10577

---

| | |
|---|---|
| Matthew I. Turner (P48706)<br>Charles R. Ash, IV (P73877)<br>Sommers Schwartz, P.C.<br>Attorneys for Plaintiff<br>One Towne Square, 17th Floor<br>Southfield, Michigan 48076<br>(248) 355-0030<br>mturner@sommerspc.com<br>crash@sommerspc.com | Allan S. Rubin (P44420)<br>Jackson Lewis P.C.<br>Attorneys for Defendant2000 Town Center, Suite 1650<br>Southfield, Michigan 48075<br>(248) 936-1900<br>allan.rubin@jacksonlewis.com |

---

**ORDER APPROVING IN PART AND DENYING IN PART PLAINTIFF'S UNOPPOSED MOTION TO APPROVE SETTLEMENT (ECF No. 49)**

This matter having come before the Court of Plaintiff's Unopposed Motion to Approve Settlement (ECF No. 49), the Court having conducted a hearing on the on November 10, 2021 and the Court being otherwise duly advised in the premise,

**IT IS HEREBY ORDERED** that the settlement is approved in part and denied in part as follows:

1. The Settlement is approved in all respects, except for Plaintiff's counsel's request for attorney fees and costs discussed in paragraph 2 below, the court having concluded that the settlement is fair and represents a reasonable compromise about over issues actually in dispute.

2. Plaintiff's counsel's request for attorney fees and costs is denied *without prejudice* for the reasons set for the on the record. Plaintiff's counsel is directed to file a renewed petition for fees and costs within 21 days of the entry of this order.

3. Nothing in this order shall prevent Defendant from making payments to Plaintiff or the opt-in Plaintiffs prior to the resolution of the Plaintiff's requests for attorney fees and costs. In making the Settlement Payments called for by the Settlement Agreement, Defendant will comply with the timing requirements regarding payment described in Paragraph 1 of the Settlement Agreement. Upon tendering the settlement payment to the Plaintiff's and Opt-In's, their claims shall be deemed dismissed with prejudice.

**IT IS SO ORDERED.**

Dated: November 12, 2021　　　　　s/Paul D. Borman
　　　　　　　　　　　　　　　　　Paul D. Borman
　　　　　　　　　　　　　　　　　United States District Judge

Approved as to form:

/s/ Charles R. Ash IV. with consent
Attorney for Plaintiff

/s/ Allan S. Rubin
Attorney for Defendant
4896-1074-5603, v. 3