UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ROGER RILEY, et al.,

            Plaintiff,

v.

S K UNITED,

            Defendant.

Case No. 20-cv-10577

Paul D. Borman
United States District Judge

# JUDGMENT

For the reasons stated in the Order of Dismissal issued this same day, it is

**ORDERED AND ADJUDGED** that this matter is **DISMISSED WITH PREJUDICE**.

**IT IS SO ORDERED.**

Dated: December 1, 2021

s/Paul D. Borman
Paul D. Borman
United States District Judge